# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

ANTHONY GRAY                                                                                       PLAINTIFF

V.                                            CAUSE NO. 4:09CV45-WAP-DAS

DELTA COMMUNITY HEALTH                                        DEFENDANT

## ORDER

The court having found the plaintiff should be allowed to proceed in this action without payment of costs or fees or giving security therefor, it is

**THEREFORE, ORDERED:**

1. That the Clerk shall forthwith file the complaint and issue process for the defendant named therein.

2. That the U. S. Marshal shall serve process pursuant to 28 U.S.C. 1915.

3. That this case shall proceed as a regular civil action.

**THIS** 1st day of September, 2009.

                                                               **/s/ David A. Sanders**
                                                              **U. S. MAGISTRATE JUDGE**